UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                               Case No. 6:21-mc-101-RBD-LHP

STEVE WILLIAMS,

    Defendant.
_____

## ORDER

In this garnishment proceeding, U.S. Magistrate Judge Leslie Hoffman Price recommends dissolving Bank of America, N.A.'s writ because Plaintiff failed to respond to Defendant's claim that the funds in his account are exempt from garnishment. (Doc. 36 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 36) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The writ against Bank of America, N.A. (Doc. 15) is **DISSOLVED.**

3. Defendant's claim of exemption (Doc. 31) is **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to mail a copy of this Order to the parties.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 31, 2023.

ROY B. DALTON JR.
United States District Judge